# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JARKEVIOUS COLLINS; *et al.*                                                                PLAINTIFFS

v.                                             3:16CV00039-DPM-JJV

CRAIGHEAD COUNTY
DETENTION FACILITY                                                                          DEFENDANT

## **PROPOSED FINDINGS AND RECOMMENDATIONS**

### **INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge D. P. Marshall Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.	Why the record made before the Magistrate Judge is inadequate.

2.	Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.	The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial

evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

This action was filed by four Plaintiffs - Jarkevious Collins, Davanta Iverson, Kerry Kendred, and Lakhraj Manohar. (Doc. No. 1.) None of them submitted an Application to Proceed Without Prepayment of Fees and Affidavit or their share of the filing fee at the time the initial Complaint was filed. On February 8, 2016, I directed them to submit either properly completed applications or the statutory filing fee within thirty days. (Doc. No. 2.) Only Plaintiff Manohar filed an Application within the time limit. (Doc. No. 6.) After review of his litigative history, however, I determined that he was a three-striker[1] within the meaning of the Prison Litigation Reform Act and denied his application. (Doc. No. 13.) On March 14, 2016, I gave Manohar fourteen days to submit the full statutory filing fee. (*Id*.) In excess of fourteen days have now passed and no fee has been tendered.

Based on the foregoing, I recommend that this action be dismissed without prejudice.

DATED this 29th day of March, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] *See Manohar v. Arkansas, et al.*, 3:14cv00218 (E.D. AR 2014); *Manohar v. Lyles, et al.*, 3:14cv00240 (E.D. AR 2014); *Manohar v. Hall*, 3:14cv00246 (E.D. AR 2014).