IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JARKEVIOUS COLLINS, DAVANTA
IVERSON, KERRY KENDRED, and
LAKHRAJ MANOHAR                                                    PLAINTIFFS

v.                           No. 3:16-cv-39-DPM

CRAIGHEAD COUNTY DETENTION FACILITY                 DEFENDANT

ORDER

Unopposed recommendation, № 16, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). None of the Plaintiffs has complied with the Court's Orders. № 2 & 13. And Kendred hasn't kept his address updated. № 17. The complaint will therefore be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 April 2016