IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JARKEVIOUS COLLINS, DAVANTA
IVERSON, KERRY KENDRED, and
LAKHRAJ MANOHAR                                              PLAINTIFFS

v.                                  No. 3:16-cv-39-DPM

CRAIGHEAD COUNTY DETENTION FACILITY                DEFENDANT

JUDGMENT

The complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

_____18 April 2016_____